IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Turner, Yolanda A | Case Number: 07 B 04328 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/23/08 | Filed: 3/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  November 7, 2008
Confirmed:   May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,015.80 | |
| Secured: | | 9,975.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,323.72 |
| Trustee Fee: | | 717.08 |
| Other Funds: | | 0.00 |
| Totals: | 12,015.80 | 12,015.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 1,323.72 |
| 2. | American Airlines Credit Union | Secured | 19,850.32 | 6,175.00 |
| 3. | Credit Acceptance Corp | Secured | 11,865.16 | 3,800.00 |
| 4. | American Airlines Credit Union | Unsecured | 955.01 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 84.00 | 0.00 |
| 6. | Nationwide Acceptance Corp | Unsecured | 27.60 | 0.00 |
| 7. | USA Payday Loans | Unsecured | 75.00 | 0.00 |
| 8. | American General Finance | Unsecured | 68.24 | 0.00 |
| 9. | Harris & Harris | Unsecured | | No Claim Filed |
| 10. | Anchor Medical | Unsecured | | No Claim Filed |
| 11. | Family Dental Care Center | Unsecured | | No Claim Filed |
| 12. | KCA Financial Services | Unsecured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 15. | Oak Park Hospital | Unsecured | | No Claim Filed |
| 16. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 17. | Troy Q Smith $ Associates | Unsecured | | No Claim Filed |
| 18. | Progressive Recovery Technique | Unsecured | | No Claim Filed |
| 19. | Sun Cash | Unsecured | | No Claim Filed |
| 20. | Unicare | Unsecured | | No Claim Filed |
| 21. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 22. | Rush University Medical Center | Unsecured | | No Claim Filed |
| | | | $ 35,409.33 | $ 11,298.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Turner, Yolanda A | Case Number:  07 B 04328 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/23/08 | Filed:  3/12/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 322.07 |
| 6.5% | 287.04 |
| 6.6% | 107.97 |
| | $ 717.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

